IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUENY MORELL, WALDEMAR RAMÍREZ and the conjugal partnership composed by them<br><br>PLAINTIFFS<br><br>V.<br><br>HP Corp.; HP LABS; LAUREL KRIEGER, et al,<br><br>DEFENDANTS | CIVIL NO: 14-1123 (PAD)<br><br>AGE DISCRIMINATION; RETALIATION; DAMAGES<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** the parties, through their respective attorneys of record and respectfully **STATE** and **PRAY**:

1. The parties reached a private and confidential settlement agreement in this case.

2. In light of the confidential settlement agreement, plaintiffs request the voluntary dismissal of the complaint with prejudice without the imposition of attorney's fees or cost to any party.

3. The parties also request to order the parties to maintain confidential the terms and conditions of the settlement agreement.

**WHEREFORE**, it is respectfully requested that the Honorable Court take notice of this motion, grant the voluntary dismissal with prejudice of the

complaint and order that the written agreement between the parties remain confidential.

RESPECTFULLY SUBMITTED, on this the 25th day of April, 2016.

<div style="display: flex;">

**s/ Michelle Pirallo-Di Cristina**
**MICHELLE PIRALLO-DI CRISTINA**
**USDC-PR-214903**
**Attorney for Plaintiffs**
P.O. BOX 192321
SAN JUAN, PR 00919-2321
TEL: 787-777-3377
FAX: 787-724-8756
EMAIL: mpirallo@gmail.com

**BAERGA & QUINTANA**
**Attorneys for Defendants**
416 Ave. Ponce de León
Edif. Unión Plaza, Ofic. 810
San Juan, Puerto Rico 00918-3426
Tel.: (787) 753-7455
Fax: (787) 756-5796
Email: info@bqlawoffices.com

**S//Fernando A. Baerga Ibañez**
**Fernando A. Baerga Ibañez**
U.S.D.C. P.R. No. 213311
fbaerga@bqlawoffices.com


**S//Carlos R. Ramírez Pérez**
**Carlos R. Ramírez Pérez**
U.S.D.C.-P.R. Bar No. 213201
cramirez@bqlawoffices.com

</div>