IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUENY MORELL, ET AL.<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>HP CORP., ET AL.<br><br>　　Defendants. | CIVIL NO. 14-1123 (PAD) |

### JUDGMENT

In light of the parties' "Joint Motion for Voluntary Dismissal with Prejudice" (Docket No. 38), judgment is hereby entered dismissing plaintiffs' claims with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27th of April, 2016.

　　　　　　　　　　　　　　　　　　　　S/Pedro A. Delgado-Hernández
　　　　　　　　　　　　　　　　　　　　PEDRO A. DELGADO-HERNÁNDEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge